DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL EDWARD ODOM, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-599

[June 14, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Sellers Johnson, Judge; L.T. Case Nos. 502012CF000568A and 502012CF011681A.

Samuel Edward Odom, Jr., pro se, Orlando.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***